```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                             )
        v.                   ) Criminal No. 06-374
                             )
BRIAN MIZWA,                 )
        Defendant.           )
```

## ORDER

AND NOW, this 26th day of February, 2007, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered November 9, 2006, IT IS HEREBY ORDERED that a hearing on the defendant's change of plea is set for Friday, March 9, 2007 at 10:30 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

```
                            BY THE COURT:

                            s/Gary L. Lancaster
                            Gary L. Lancaster,
                            United States District Judge


cc:    Bruce J. Teitelbaum,
       Assistant United States Attorney

       Michael J. Novara,
       Assistant Federal Public Defender

       U.S. Marshal

       U.S. Pretrial Services

       U.S. Probation
```