IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) Criminal No. 06-374 |
| | ) |
| BRIAN MIZWA | ) |

**ORDER OF COURT**

AND NOW, to-wit, this 9th day of Oct, 2007, upon consideration of the foregoing Motion to Seal, it is hereby ORDERED, ADJUDGED AND DECREED that said memorandum be, and the same hereby is, DENIED. ~~granted. IT IS FURTHER ORDERED that said Memorandum shall remain sealed until further order of Court.~~

Gary L. Lancaster
United States District Judge