IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL No: 06-374 |
| | & |
| VS. | CIVIL NO. 08-286 |
| | |
| BRIAN MIZWA, | |
| Defendant. | |

### ORDER OF COURT

AND NOW, this 9th day of September, 2008, upon consideration of Defendant's Motion to Continue Evidentiary Hearing, IT IS HEREBY ORDERED that said Motion is GRANTED. Defendant's evidentiary hearing shall take place on Friday, October 3, 2008 at 2:30 PM.

BY THE COURT:

[signature]

cc: All Counsel
 US Marshal